UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BERTA MUNDAY,

        Plaintiffs,

    v.

PACIFIC BELL DIRECTORY, et al.,

        Defendants.

NO. CIV. S-04-0593 FCD PAN

<u>ORDER TO SHOW CAUSE</u>
<u>RE SANCTIONS</u>

----oo0oo----

An Order Requiring a Joint Status Report was filed on September 14, 2005 requiring that a joint status report should be filed within sixty (60) days of service of the complaint on any party, or from the date of removal. A review of the court's docket shows that Plaintiff's counsel, Ms. Roxanne R. Fritz, filed a separate status report October 17, 2005 (on paper) in violation of Local Rule 5-133(a). Additionally, the report did not comply with the requirements as set forth in the order of September 14, 2005. On October 21, 2005, defendant's counsel, Mr. Duane B. Beeson, filed a separate status report and

declaration of counsel. In the declaration, Mr. Beeson informed the court that all attempts to contact plaintiff's counsel to complete a joint report had been unsuccessful.

Accordingly, plaintiff's counsel is ordered to show cause why she should not be sanctioned in the amount of $300.00 ($150.00 for failing to comply with the court's September 14, 2005 order and for violation of Local Rule 5-133(a)).

Plaintiff shall file a response to this order to show cause on or before November 28, 2005.

The parties shall meet and confer and file a joint status report on or before November 28, 2005.

A Status conference is set for Friday, December 16, 2005 at 10:00 a.m. and a hearing on this order to show cause will follow the status conference.

IT IS SO ORDERED.

DATED: November 7, 2005.

/s/Frank C. Damrell, Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE